# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 11/20/2025 |
| Case: 25−12076−CTG | Form ID: van313 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
tr     David W. Carickhoff     carickhoff@chipmanbrown.com
aty     Brian Tome     brian.tome@fisherbroyles.com

                                                                                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     ASC Therapeutics, Inc.     521 Cottonwood Dr     Suite 111     Milpitas, CA 95035

                                                                                                                            TOTAL: 1