**Fill in this information to identify the case:**

Debtor: ASC Therapeutics, Inc.

United States Bankruptcy Court for the: _____ District of Delaware (State)

Case number (If known): 25-12076

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address:
Li Barie, 1 Vista Montana, Apt #4448
San Jose, CA 95134

As of the petition filing date, the claim is: $71,329.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount: $10,000.00

Date or dates debt was incurred: _____

Basis for the claim: unpaid wages

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( X(4) (5) )

**2.2** Priority creditor's name and mailing address:
Terry Brown, 167 Gladys Avenue,
Mountain View, CA 94043

As of the petition filing date, the claim is: $21,302.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount: $10,000.00

Date or dates debt was incurred: _____

Basis for the claim: unpaid wages

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( (4) (5) )

**2.3** Priority creditor's name and mailing address:
Ruhong Jiang, 34336 Dunhill Dr
Fremont, CA 94555

As of the petition filing date, the claim is: $111,573.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount: $10,000.00

Date or dates debt was incurred: _____

Basis for the claim: un unpaid wages

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( (4) (5) )

| | | |
|---|---|---|
| Debtor   ASC Therapeutics, Inc. | Case number (if known) 25-12076 | |
| Name | | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**24** **Priority creditor's name and mailing address**

Gary Potter, 8857 Ingram Ave NW
Annandale, MN 55302

Total claim: $91,426.26        Priority amount: $10,000.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( (4) (5) )

---

**25** **Priority creditor's name and mailing address**

Sun, Yuchen, 2095 Ornellas Drive
Milpitas, CA 95035

Total claim: $43,948.73        Priority amount: $10,000.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( (4) (5) )

---

**26** **Priority creditor's name and mailing address**

Kailin Wang, 3828 Fiano Common
Fremont, CA 94555

Total claim: $20,477.54        Priority amount: $9,024.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( (4) (5) )

---

**27** **Priority creditor's name and mailing address**

Wang, Xuefeng, 34344 Siward Dr
Fremont, CA 94555

Total claim: $85,277.50        Priority amount: $10,000.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( (4) (5) )

Debtor  ASC Therapeutics, Inc.  
Name

Case number (if known) 25-12076

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** **Priority creditor's name and mailing address**

Yang, Chengtao, 958 Westlynn Way, Apt 2
Cupertino, CA 95014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( (4) and (5) )

Total claim: $82,295.77    Priority amount: $10,000

---

**2.9** **Priority creditor's name and mailing address**

Yen, Yu
240 Stanford Ave
Kensington, CA 94708

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( (4) and (5) )

Total claim: $110,249.97    Priority amount: $10,000

---

**2.10** **Priority creditor's name and mailing address**

Zhang, Huanda, 3980 Paseo Grande
Moraga, CA 94556

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( (4) and (5) )

Total claim: $129,998.05    Priority amount: $10,000

---

**2.11** **Priority creditor's name and mailing address**

Zheng, Qi, 3368 Camarones Place
San Ramon, CA 94583

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** unpaid wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( (4) and (5) )

Total claim: $118,750.03    Priority amount: $10,000

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 13

Debtor: ASC Therapeutics, Inc.
Case number (if known): 25-12076

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
ABCAM INC.
P.O. Box 3460, Boston, MA 02241-3460

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Laboratory supplies

Date or dates debt was incurred: Through 9-8-2025
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$3,912.08

**3.2** Nonpriority creditor's name and mailing address
Advarra, Inc.
P.O. Box 74008070
Chicago, IL 60674-8070

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Research compliance services

Date or dates debt was incurred: Through 9-8-2025
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$9,425.00

**3.3** Nonpriority creditor's name and mailing address
Agilent Technologies
P.O. Box 742108
Los Angeles, CA 90074-2108

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lab equipment

Date or dates debt was incurred: Through 9-8-2025
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$50.00

**3.4** Nonpriority creditor's name and mailing address
APPLIED STEMCELL, INC.
521 Cottonwood Dr, Suite 111
Milpitas, CA 95035

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lab services

Date or dates debt was incurred: Through 9/8/2025
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$51,617.07

**3.5** Nonpriority creditor's name and mailing address
ARAMARK / VESTIS
2680 Palumbo Drive
Lexinton, KY 40509

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Uniform services

Date or dates debt was incurred: Through 9/8/2025
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$1,562.22

**3.6** Nonpriority creditor's name and mailing address
Arkansas Children's Research Institute
13 Children's Way, Slot 842
Little Rock, AR 72202

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Sponsored research

Date or dates debt was incurred: Through 9-8-2025
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$146,101.90

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address  
Becton, Dickinson and Company  
PO Box 100921  
Pasedena, CA 91189  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☐ Liquidated and neither contingent nor disputed  

Basis for the claim: Medical supplies  
Date or dates debt was incurred: Through 9-8-2025  
Is the claim subject to offset? ☐ No ☐ Yes  
Last 4 digits of account number: __ __ __ __  

$936.25

**3.8** Nonpriority creditor's name and mailing address  
BERRUETA FAMILY L.P.  
PO Box 61183  
Sunnyvale, CA 94088  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Note / investment related  
Date or dates debt was incurred: Through 9-8-2025  
Is the claim subject to offset? ☐ No ☐ Yes  
Last 4 digits of account number: __ __ __ __  

$208,017.30

**3.9** Nonpriority creditor's name and mailing address  
BIOIVT  
PO Box 23821 New York, NY 10087-3821  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Bio samples  
Date or dates debt was incurred:  
Is the claim subject to offset? ☐ No ☐ Yes  
Last 4 digits of account number: __ __ __ __  

$4,481.26

**3.10** Nonpriority creditor's name and mailing address  
CHARLES RIVER LABORATORIES  
GPO Box 27812, New York, NY 10087-7812  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: CRO services  
Date or dates debt was incurred: Through 9-8-2025  
Is the claim subject to offset? ☐ No ☐ Yes  
Last 4 digits of account number: __ __ __ __  

$3,443,656.43

**3.11** Nonpriority creditor's name and mailing address  
CITY OF HOPE, Beckman Research Institute  
1500 East Duarte Rd, Duarte, CA 91010  

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Clinical research  
Date or dates debt was incurred: Through 9-8-2025  
Is the claim subject to offset? ☐ No ☐ Yes  
Last 4 digits of account number: __ __ __ __  

$149,102.50

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address
CORNET CELLTHERAPY AB
Törnhultsbacken 4, 178 38 Ekerö, Sweden

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: therapy services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$ 187,500.00

---

**3.13** Nonpriority creditor's name and mailing address
Datasite LLC
P.O. Box 74007252, Chicago, IL 60674-7252

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Data hosting

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$ 816.20

---

**3.14** Nonpriority creditor's name and mailing address
Elim Biopharmaceuticals, Inc.
25495 Whitesell Street, Hayward, CA 94545

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lab services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$ 808.26

---

**3.15** Nonpriority creditor's name and mailing address
FedEx
942 S Shady Grove Rd, Memphis, TN 38120

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shipping

Date or dates debt was incurred:
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$ 410.77

---

**3.16** Nonpriority creditor's name and mailing address
FISHER BIOSERVICES, INC.
P.O. Box 418395, Boston, MA 02241-8395

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Storage

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$ 34,701.86

---

Debtor: ASC Therapeutics, Inc.
Case number (if known): 25-12076

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address
FISHER SCIENTIFIC CO LLC
13551 Collections Center Dr, Chicago, IL 69693

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Lab supplies

Date or dates debt was incurred: Through 9-8-25
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 18,315.33

---

**3.18** Nonpriority creditor's name and mailing address
FORM BIO INC.
1401 Lavaca St, Unit 155, Austin, TX 78701

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Software

Date or dates debt was incurred: Through 9-8-25
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,245.34

---

**3.19** Nonpriority creditor's name and mailing address
FORTREA INC.
PO Box 931220, Atlanta, GA 31193-1220

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: CRO services

Date or dates debt was incurred: Through 9-8-25
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,302,327.23

---

**3.20** Nonpriority creditor's name and mailing address
GLOBAL LIFE SCIENCES SOLUTIONS USA, LLC
100 Results Way, Marlborough, MA 01752

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lab supplies

Date or dates debt was incurred: Through 9-8-25
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,230.08

---

**3.21** Nonpriority creditor's name and mailing address
Huang, Alex

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 23,517.32

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address
IQVIA RDS INC.
PO Box 601070, Charlotte, NC 28260-1070

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: CRO services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$11,081.00

**3.23** Nonpriority creditor's name and mailing address
JUN HE LAW OFFICES P.C.
20380 Town Center Ln, Ste 128,
Cupertino, CA 95014

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$77,059.50

**3.24** Nonpriority creditor's name and mailing address
LIU, CHEN & HOFFMAN LLP
P.O. Box 52048, Palo Alto, CA 94303

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$7,178.75

**3.25** Nonpriority creditor's name and mailing address
Lonza Walkersviell, Inc. (Lonza USA Inc.)
Lockbox 12261, Chicago, IL 60693

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Manufacturing services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$3,625.91

**3.26** Nonpriority creditor's name and mailing address
MAPLES AND CALDER HK LLP
26/F Central Plaza, 18 Harbour Road
Wan Chai, Hong Kong

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$9,467.93

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27** Nonpriority creditor's name and mailing address
Maples Fiduciary Services (Hong Kong) Limited
94 Solaris Ave, Camana Bay,
Grand Cayman KY1-1108 Cayman Islands

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Corporate services

Date or dates debt was incurred: Through 9-8-25
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 500.00

**3.28** Nonpriority creditor's name and mailing address
MAPLESFS SERVICE COMPANY LIMITED

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,300.00

**3.29** Nonpriority creditor's name and mailing address
MedPro Disposal LLC
PO Box 5683, Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Bio waste disposal

Date or dates debt was incurred: Through 9-8-25
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 177.00

**3.30** Nonpriority creditor's name and mailing address
Mill Creek Life Sciences, Inc.
221 1st Ave SW, Ste 209, Rochester, MN 55902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lab services

Date or dates debt was incurred: Through 9-8-25
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 606.00

**3.31** Nonpriority creditor's name and mailing address
NAMELY, INC.
Dept CH 17603, Palatine, IL 60055-7603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Payroll services

Date or dates debt was incurred: Through 9-8-25
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,077.48

Debtor: ASC Therapeutics, Inc.
Case number (if known): 25-12076

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** Nonpriority creditor's name and mailing address
NT COMPUTING
45542 Antelope Dr, Fremont, CA 94539

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: IT services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset? ☐ No ☐ Yes

$42,000.00

**3.33** Nonpriority creditor's name and mailing address
PACE ANALYTICAL LIFE SCIENCES LLC
PO Box 681088, Chicago, IL 60695-1088

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Analytical testing

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset? ☐ No ☐ Yes

$3,150.00

**3.34** Nonpriority creditor's name and mailing address
PHARMARON (BOSTON) LAB SERVICES LLC
436 Creamery Way, Ste 600, Exton, PA 19341

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: CRO services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset? ☐ No ☐ Yes

$120,108.01

**3.35** Nonpriority creditor's name and mailing address
SMARTSENSE BY DIGI
P.O. Box 1380, Minneapolis, MN 55480-1380

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monitoring services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset? ☐ No ☐ Yes

$1,390.50

**3.36** Nonpriority creditor's name and mailing address
SOLIUM PLAN MANAGERS LLC
Dept 3542, PO Box 123542, Dallas, TX 75312

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equity plan administration

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset? ☐ No ☐ Yes

$14,516.62

| Debtor | ASC Therapeutics, Inc. | Case number (if known) | 25-12076 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address
UNIVERSITY OF ILLINOIS
28395 Network Pl, Chicago, IL 60673-1283

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Research grants

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$6,813.50

---

**3.38** Nonpriority creditor's name and mailing address
University of Massachusetts - Worcester
55 Lake Ave N, Worcester, MA 01655

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Research services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$1,520,430.00

---

**3.39** Nonpriority creditor's name and mailing address
UNIVERSITY OF MICHIGAN
1000 Victors Way, Ste 1A, Ann Arbor, MI 48108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Research services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$14,029.00

---

**3.40** Nonpriority creditor's name and mailing address
VALLEY CALIBRATION SERVICES INC.
1780 Whipple Rd, Ste 204, Union City, CA 95497

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: calibration

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$1,815.00

---

**3.41** Nonpriority creditor's name and mailing address
VIGENE BIOSCIENCES
365 N Market St, Frederick, MD 21701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: CRO services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number: __ __ __ __

$898,657.33

---

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.42** Nonpriority creditor's name and mailing address
Wu, Weicheng
714 Lindner Ct, Raritan, NJ 08869

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Consulting

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes
Last 4 digits of account number

$1,032.00

**3.43** Nonpriority creditor's name and mailing address
WITHUMSMITH+BROWN, PC
PO Box 5340, Princeton, NJ 08543

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting services

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes
Last 4 digits of account number

$16,016.00

**3.44** Nonpriority creditor's name and mailing address
Zhang, Huimin

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 

Date or dates debt was incurred:
Is the claim subject to offset?
☐ No
☐ Yes
Last 4 digits of account number

$6.00

**3.45** Nonpriority creditor's name and mailing address
Sadeghi, Behnam
Lannavagen 6B, 141 63 Huddinge,
Stockholm, Sweden

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: License-related obligation

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes
Last 4 digits of account number

$227,500.00

**3.46** Nonpriority creditor's name and mailing address
Cohen, Alan H., MD
PO Box 518, The Sea Ranch, CA 95497

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medical consulting

Date or dates debt was incurred: Through 9-8-25
Is the claim subject to offset?
☐ No
☐ Yes
Last 4 digits of account number

$5,850.00

Debtor ASC Therapeutics, Inc. Case number *(if known)* 25-12076
 Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 722,625.47 |
| 5b. **Total claims from Part 2** | 5b. + | $ 10,099,587.89 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 10,822,213 |